**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN T. TOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:20-CV-04221-MLB |
| | ) | |
| CITY OF ATLANTA GEORGIA | ) | |
| and | ) | |
| POLICE CHIEF RODNEY BRYANT | ) | |
| and | ) | |
| OFFICER FNU WADSWORTH sued in | ) | |
| both his official and individual capacity | ) | JURY TRIAL DEMANDED |
| and | ) | |
| OFFICER JOHN DOE 1-5, sued in both | ) | |
| their official and individual capacity | ) | |
| and | ) | |
| OFFICER JANE DOE 1, sued in both her | ) | |
| official and individual capacity, | ) | |
| and | ) | |
| INVESTIGATOR FNU BATTLES sued in | ) | |
| both his official, and individual capacity | ) | |
| and | ) | |
| INVESTIGATOR GARTRELL WALTON | ) | |
| sued in both his official, and individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CITY DEFENDANTS' MOTION TO STAY DISCOVERY**

COMES NOW Defendants City of Atlanta, Police Chief Rodney Bryant, Officer FNU Wadsworth, Investigator FNU Battles, and Investigator Gartrell Walton ("City Defendants"),  by and through undersigned counsel, and submit this Motion to Stay Discovery, and in support thereof, show the Court as follows:

## **INTRODUCTION**

On October 13, 2020, Plaintiff filed the above-referenced action against City Defendants, Jane Doe 1 and John Does 1-5.  (Doc. 1).  In his Complaint, Plaintiff alleges federal and state law violations of his First, Fourth, Eighth, and Fourteenth Amendment rights under the Constitution of the United States of America.  (Doc. 1, p. 1).  On December 01, 2020, City Defendants filed a motion to dismiss Plaintiff's claims on several grounds, to include: 1) exclusion of Plaintiff's claims by the doctrine of qualified immunity; 2) failure to establish municipal liability; and 3) impermissible pleading of fictitious parties in federal court.  (Doc. 10, p. 3). On December 14, 2020, Plaintiff filed his Response in Opposition to City Defendants' Motion to Dismiss. On December 23, 2020, City Defendants filed their Amended Motion to Dismiss Plaintiff's Complaint.  (Doc. 14). According to the docket, the Plaintiff has not yet identified nor served either of the Jane/John Doe Defendants.  (*See generally* Docket).

## ARGUMENT AND CITATIONS TO AUTHORITY

The City of Atlanta's December 01, 2020 filing of an Answer to Plaintiff's Complaint triggered discovery.  (Doc. 10).  According to LR 26.2(A), the initiation of discovery "commences thirty days after the appearance of the first defendant by answer to the complaint."  Defendants' dispositive motion, if granted, would result in the dismissal of all City Defendants' from Plaintiff's suit.  It is City Defendants' belief that this stay will save the Plaintiff and all Defendants resources, time and expenses that will undoubtedly be incurred if the Parties proceed with conducting discovery before the Court has ruled upon the dispositive motion.  Accordingly, City Defendants request that the Court stay discovery until fourteen (14) days after the parties receive a ruling from the Court on Defendants' dispositive motions.

## CONCLUSION

Based upon the above, City Defendants respectfully request that the Court grant their request to stay discovery.  A proposed order is attached for the Court's convenience.

Respectfully submitted, this 6th day of January 2021.

By:    */s/Kareemah Lewis*
KAREEMAH LEWIS
Assistant City Attorney
Georgia Bar No. 988037
(404) 330-6318 *direct dial*

Karlewis@atlantaga.gov
JACQUITA PARKS
Assistant City Attorney II
Georgia Bar No. 205537
japarks@atlantaga.gov

ATTORNEYS FOR CITY
DEFENDANTS

CITY OF ATLANTA DEPARTMENT OF LAW
Atlanta City Hall
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
(404) 546-4100 *main*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN T. TOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:20-CV-01569-MHC |
| CITY OF ATLANTA GEORGIA | ) | |
| and | ) | |
| POLICE CHIEF RODNEY BRYANT | ) | |
| and | ) | |
| OFFICER FNU WADSWORTH sued in | ) | |
| both his official and individual capacity | ) | JURY TRIAL DEMANDED |
| and | ) | |
| OFFICER JOHN DOE 1-5, sued in both | ) | |
| their official and individual capacity | ) | |
| and | ) | |
| OFFICER JANE DOE 1, sued in both her | ) | |
| official and individual capacity, | ) | |
| and | ) | |
| INVESTIGATOR FNU BATTLES sued in | ) | |
| both his official, and individual capacity | ) | |
| and | ) | |
| INVESTIGATOR GARTRELL WALTON | ) | |
| sued in both his official, and individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF FONT**

I hereby certify that the foregoing **CITY DEFENDANTS' MOTION TO STAY DISCOVERY** was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C.

/s/ *Kareemah Lewis*
**KAREEMAH LEWIS**
Assistant Attorney II
Georgia Bar No. 988037
(404) 330-6318 *Direct*
Counsel for City Defendants

CITY OF ATLANTA DEPARTMENT OF LAW
Atlanta City Hall
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
(404) 546-4100 *main*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN T. TOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:20-CV-04221-MLB |
| | ) | |
| CITY OF ATLANTA GEORGIA | ) | |
| and | ) | |
| POLICE CHIEF RODNEY BRYANT | ) | |
| and | ) | |
| OFFICER FNU WADSWORTH sued in | ) | |
| both his official and individual capacity | ) | JURY TRIAL DEMANDED |
| and | ) | |
| OFFICER JOHN DOE 1-5, sued in both | ) | |
| their official and individual capacity | ) | |
| and | ) | |
| OFFICER JANE DOE 1, sued in both her | ) | |
| official and individual capacity, | ) | |
| and | ) | |
| INVESTIGATOR FNU BATTLES sued in | ) | |
| both his official, and individual capacity | ) | |
| and | ) | |
| INVESTIGATOR GARTRELL WALTON | ) | |
| sued in both his official, and individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

THIS CERTIFIES that on January 06, 2021, I have presented this document

**CITY DEFENDANTS' MOTION TO STAY DISCOVERY** in Times New

Roman, 14 point type, and that I have electronically filed the foregoing with the

Clerk of Court using the CM/ECF system.

This 6th day of January 2020.

*/s/ Kareemah Lewis*
**KAREEMAH LEWIS**
Assistant Attorney II
Georgia Bar No. 988037
(404) 330-6318 *Direct*
Counsel for City Defendants

CITY OF ATLANTA DEPARTMENT OF LAW
Atlanta City Hall
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
(404) 546-4100 *main*