IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN T. TOLSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:20-CV-04221-MLB |
| CITY OF ATLANTA GEORGIA ) | |
| and ) | |
| POLICE CHIEF RODNEY BRYANT ) | |
| and ) | |
| OFFICER FNU WADSWORTH sued in ) | |
| both his official and individual capacity ) | JURY TRIAL DEMANDED |
| and ) | |
| OFFICER JOHN DOE 1-5, sued in both ) | |
| their official and individual capacity ) | |
| and ) | |
| OFFICER JANE DOE 1, sued in both her ) | |
| official and individual capacity, ) | |
| and ) | |
| INVESTIGATOR FNU BATTLES sued in ) | |
| both his official, and individual capacity ) | |
| and ) | |
| INVESTIGATOR GARTRELL WALTON ) | |
| sued in both his official, and individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

This matter having come before the Court on Defendants' City of Atlanta, Police Chief Rodney Bryant, Officer FNU Wadsworth, Investigator FNU Battles,

and Investigator Gartrell Walton ("City Defendants") Motion to Stay Discovery. Plaintiff has notified the Court he has no objection to the motion. Having considered the motion, and for good cause shown, City Defendants' Motion to Stay is hereby **GRANTED**. The parties are hereby given (14) days from the date the Court enters an Order on City Defendants' Motion to Dismiss to conduct discovery. Until there is an Order on City Defendants' Motion to Dismiss, all discovery shall be stayed.

    **SO ORDERED** this 3rd day of February, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE